## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Palacios, Kathleen M            Case Number:  06 B 12187
        Palacios, Jesse H                 Judge:  Wedoff, Eugene R
        Printed:  9/11/07                  Filed:  9/26/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  August 30, 2007
Confirmed:  November 16, 2006

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,800.00 |  |
| Secured: |  | 634.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,024.00 |
| Trustee Fee: |  | 141.60 |
| Other Funds: |  | 0.00 |
| Totals: | 2,800.00 | 2,800.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Daniel J Winter | Administrative | 2,024.00 | 2,024.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 2,096.02 | 317.64 |
| 4. | HomEq Servicing Corp | Secured | 10,776.21 | 316.76 |
| 5. | Capital One | Unsecured | 69.49 | 0.00 |
| 6. | Wells Fargo Financial Illinois Inc | Unsecured | 90.74 | 0.00 |
| 7. | Swiss Colony | Unsecured | 64.08 | 0.00 |
| 8. | Charming Shoppes-Fashion Bug | Unsecured | 63.14 | 0.00 |
| 9. | Grandpoints | Unsecured | 51.93 | 0.00 |
| 10. | Capital One | Unsecured | 76.74 | 0.00 |
| 11. | American General Finance | Unsecured | 0.00 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 122.11 | 0.00 |
| 13. | Capital One | Unsecured | 100.96 | 0.00 |
| 14. | Capital One | Unsecured | 132.69 | 0.00 |
| 15. | Fingerhut | Unsecured | 49.79 | 0.00 |
| 16. | Fingerhut | Unsecured | 23.45 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 88.90 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 35.47 | 0.00 |
| 19. | Columbia Hospital | Unsecured | | No Claim Filed |
| 20. | BMG Music Service | Unsecured | | No Claim Filed |
| 21. | Caine & Weiner | Unsecured | | No Claim Filed |
| 22. | Nicor Gas | Unsecured | | No Claim Filed |
| 23. | Gevalia Kaffe Import Service | Unsecured | | No Claim Filed |
| 24. | Artisan | Unsecured | | No Claim Filed |
| 25. | Commonwealth Edison | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Palacios, Kathleen M | Case Number: 06 B 12187 |
|---|---|---|
|  | Palacios, Jesse H | Judge: Wedoff, Eugene R |
|  | Printed: 9/11/07 | Filed: 9/26/06 |

| | | | | |
|---|---|---|---|---|
| 26. | AT&T | Unsecured | | No Claim Filed |
| 27. | Wells Fargo Financial | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 15,865.72 | $ 2,658.40 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 76.80 |
| 5.4% | 64.80 |
|  | _____ |
|  | $ 141.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_